1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA            NO. CV15-03299 SLM
11
                Plaintiff,
12                                     **JUDGMENT ON DEFAULT**
         v.
13
   OLIVER J. PRESTON
14 aka OLIVER PRESTON aka
   OLIVER JOSEPH LYTWON PRESTON
15 aka LYTWON J. PRESTON
   aka LYTWON PRESTON,
16
                Defendant.
17 _____/

18     In the above entitled action, the defendant OLIVER J. PRESTON aka OLIVER

19 PRESTON aka OLIVER JOSEPH LYTWON PRESTON aka LYTWON J. PRESTON aka

20 LYTWON PRESTON having been duly served with the Summons and a copy of the

21 Complaint in the action, and the defendant having failed to appear, answer, plead, or

22 otherwise defend in the action within the time allowed by law, or at all, and default having

23 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

24 a sum certain and for interest which can by computation be made certain and for costs; and

25 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

26 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

27 prayer of the Complaint, and also setting forth that defendant is not an infant or

28 incompetent person or in the military service of the United States within the meaning of the

Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, OLIVER J. PRESTON aka OLIVER PRESTON aka OLIVER JOSEPH LYTWON PRESTON aka LYTWON J. PRESTON aka LYTWON PRESTON, the sum of $2,633.80 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.10 per day from August 20, 2015, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED:   8/24/2015



RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk   Mark Romyn