MICHAEL COSENTINO State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501

Telephone:   (510) 523-4702
Facsimile:    (510) 747-1640

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **CV15-03299 SLM** |
| Plaintiff, | |
| v. | |
| **OLIVER J. PRESTON** aka **OLIVER PRESTON** aka **OLIVER JOSEPH LYTWON PRESTON** aka **LYTWON J. PRESTON** aka **LYTWON PRESTON**, | |
| Defendant, | |
| and | **ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| **ALLEGIS GROUP**, | |
| Garnishee. | |

Upon consideration of the United States' Application for Writ of Continuing Garnishment, finding that the Application complies with the requirements of 28 U.S.C. §§ 3203 and 3205, and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment be and hereby is granted.

IT IS FURTHER ORDERED that the Clerk of the Court issue a Writ of Continuing Garnishment to ALLEGIS GROUP as Garnishee for the purpose of garnishing the defendant-judgment debtor's nonexempt disposable earnings.

Dated: October 28, 2015

_____
UNITED STATES MAGISTRATE JUDGE