1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501

3
   Telephone:   (510) 523-4702
4  Facsimile:   (510) 747-1640

5  Attorney for Plaintiff
   United States of America
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  **UNITED STATES OF AMERICA**,
                                      Case No. **CV15-03299 SLM**
12                      Plaintiff,

13              v.

14  **OLIVER J. PRESTON**
    **aka OLIVER PRESTON aka**
15  **OLIVER JOSEPH LYTWON PRESTON**
    **aka LYTWON J. PRESTON**
16  **aka LYTWON PRESTON**,
                                      **WRIT OF CONTINUING**
17                      Defendant,     **GARNISHMENT**

18              and

19  **ALLEGIS GROUP**,

20                      Garnishee.
                                            /
21  _____

22  TO:   Payroll Department
          ALLEGIS GROUP
23        7312 Parkway Drive
          Hanover, MD 21076
24

25       YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

26  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

27  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

28  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

1    The name, SSN XXX-XX-5391, and last known address of the person who is

2   the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

3   is subject to this Writ are as follows:

4       OLIVER J. PRESTON aka OLIVER PRESTON aka OLIVER JOSEPH
        LYTWON PRESTON aka LYTWON J. PRESTON aka LYTWON PRESTON

5       3032 Suter Street
        Oakland, CA 94602-2827

6

7        This Writ has been issued at the request of the United States of America to

8   enforce the collection of a civil judgment entered in favor of the United States against

9   the debtor for a defaulted student loan in the amount of $2,633.80.  There is a balance

10  of $3,058.53 due on the judgment, which amount includes costs and interest

11  computed through October 21, 2015.

12       The following are the steps that you must take to comply with this Writ.  If you

13  have any questions, you should consult with your attorney.

14       1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

15  or possession any property of the debtor, including wages, salary, or commissions, in

16  which the debtor has a substantial nonexempt interest, or if you obtain custody,

17  control, or possession of such property while this Writ is in effect, you must

18  immediately withhold such property from the debtor and retain it in your possession

19  until you receive instructions from the Court which will tell you what to do with the

20  property.  The United States has requested that the sum of 25% of the debtor's

21  disposable earnings, which under California law represents the nonexempt portion of

22  the debtor's earnings, be withheld from the defendant's earnings.

23       2.  Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

24  within 10 days after service of this Writ upon you.  You must answer the Writ even if

25  you do not have in your custody, control, or possession any property of the debtor.

26  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

27  information:

28       a.      Whether or not you have in your custody, control, or possession, any

1               property owned by the debtor in which the debtor has a substantial

2               nonexempt interest, including nonexempt, disposable earnings;

3      b.      a description of such property and the value of such property;

4      c.      a description of any previous garnishments to which such property is

5               subject and the extent to which any remaining property is not exempt;

6               and

7      d.      the amount of the funds you anticipate owing to the debtor in the future

8               and whether the period for payment will be weekly or another specified

9               period.

10 For your convenience, a form which addresses the above-requested information is

11 attached and may be used to Answer the Writ.

12      3.  After you complete the answer under oath, pursuant to 28 U.S.C. §

13 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

14 must mail or deliver the original Answer bearing the original signature of the person

15 preparing the answer to the Court at the following address:

16               Civil Clerk, United States District Court
                  450 Golden Gate Avenue, 16th Floor

17               San Francisco, CA 94102

18 At the same time that you mail or deliver the original answer to the Court, you must

19 also mail or deliver a copy of the original Answer to both the debtor and attorney for

20 the United States at the following respective addresses:

21 OLIVER J. PRESTON aka OLIVER PRESTON aka OLIVER JOSEPH LYTWON
   PRESTON aka LYTWON J. PRESTON aka LYTWON PRESTON

22 3032 Suter Street
   Oakland, CA 94602-2827

23

   Michael Cosentino, Attorney at Law

24 P.O. Box 129
   Alameda, CA 94501

25

   Please note that the attached form Answer contains a certificate of service which

26
   needs to be completed by the person mailing the copies of the answer to the debtor

27
   and the attorney for the United States, and which needs to be filed along with the

28

Answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG, Clerk
United States District Court
for the Northern District of California

Dated:  __10/28/2015__                    By: _____
                                              Deputy Clerk    Mark Romyn



DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

---

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )   Case No. CV15-03299 SLM
12                          Plaintiff,       )
                                            )
13                     v.                    )
                                            )
14   OLIVER J. PRESTON                       )
     aka OLIVER PRESTON aka                  )
15   OLIVER JOSEPH LYTWON PRESTON )
     aka LYTWON J. PRESTON                    )
16   aka LYTWON PRESTON,                      )
                                            )
17                          Defendant,       )
                                            )
18                          and              )
                                            )
19   ALLEGIS GROUP,                          )   **ANSWER OF GARNISHEE**
                                            )
20                          Garnishee.       )
     _____)
21

22          I, _____, being first duly sworn, hereby state the following:

23          1.  I am the _____ (Official Title) of the Garnishee

24   named in the above caption.  I am authorized to prepare this Answer on behalf of the

25   Garnishee.

26          2.  The Garnishee was served with the Writ of Continuing Garnishment on

27   _____ (date) in this action.

28          3.  The Garnishee currently has custody, control, or possession of earnings of

the Defendant.  Yes_____   No_____

4.  The Garnishee expects to obtain custody, control, or possession of earnings of the Defendant in the foreseeable future.   Yes_____   No_____

5.  For the pay period in effect on the date of service of this Writ of Continuing Garnishment, the Garnishee states as follows:

a.      Defendant was in my/our employ.  Yes_____   No_____

b.      The Defendant's pay period is _____ weekly,   _____ bi-weekly,

_____ semi-monthly, _____ monthly.

c.      The Defendant's present pay period began on _____ (date). ("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

d.      The Defendant's present pay period ends on _____ (date).

e.      The Defendant's net wages are as calculated below:

(1) Gross Pay                $_____

(2) Federal income tax    $_____

(3) F.I.C.A. tax           $_____

(4) State income tax      $_____

(5) SDI                  $_____

Total tax withholdings    $_____

Net Wages                $_____
(gross pay minus above withheld taxes)

6.  Are there any other garnishments currently in effect?  Yes _____   No _____

If the answers is yes, describe below and attach to this Answer a copy of each garnishment:

_____

_____

_____

7.  Will the Garnishee owe the Defendant money in the foreseeable future?

2

Yes _____ No_____   If the answer is yes, provide the reason why such money will be owed, the amount of money that will be owed, and the date or dates on which each payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

    8.  Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____ No_____   If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

    9.  Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____ No_____   If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |

3

4. _____         _____         _____         _____

10.  Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

_____

On behalf of ALLEGIS GROUP, I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Telephone #_____

Fax #          _____

Dated: _____         By: _____

(Sign above and type or print name below)

4

1

<u>CERTIFICATE OF SERVICE</u>

2

I, _____, declare:

3

That I am a citizen of the United States and employed in the County of

4

_____, Maryland; that my business address is

5

_____; that I am

6

over the age of eighteen years; and that I am not a party to the above-entitled action;

7

That on _____ (date), I deposited in the United States m ail, in

8

envelopes bearing the requisite postage, a copy of:

9

**ANSWER OF GARNISHEE**

10

 addressed to each of the following, at their last known addresses, at which place

11

there is service by United States mail.

12

OLIVER J. PRESTON aka OLIVER PRESTON aka OLIVER JOSEPH LYTWON
PRESTON aka LYTWON J. PRESTON aka LYTWON PRESTON

13

3032 Suter Street
Oakland, CA 94602-2827

14

15

Michael Cosentino
Attorney at Law
P.O. Box 129

16

Alameda, CA 94501

17

This Certificate was executed on _____ (date),

18

at _____ (city), Maryland.

19

I certify under penalty of perjury that the foregoing is true and correct.

20

21

_____

22

(sign above and type or print name
below)

23

24

25

26

27

28